# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAVARRO-TAMAYO,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 2:26-cv-00765-KES-EPG-HC<br>ORDER SETTING BRIEFING SCHEDULE<br>ORDER TO ELECTRONICALLY FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING AND OTHER NECESSARY DOCUMENTS |

On October 30, 2026, Petitioner, an immigration detainee proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for temporary restraining order ("TRO") in Navarro-Tamayo v. Warden, 1:26-cv-08935-KES-EPG. On November 23, 2026, the assigned district judge construed the petition for writ of habeas corpus "as a motion to enforce judgment and referred to the assigned magistrate judge for findings and recommendations and/or other appropriate action" and likewise referred the motion for TRO. Order, Navarro-Tamayo, 1:26-cv-08935-KES-EPG, ECF No. 8. On November 24, 2026, the Court ordered that the petition be filed as a motion to enforce judgment in this case along with the motion for TRO. Order, Navarro-Tamayo, 1:26-cv-08935-KES-EPG, ECF No. 9. (ECF Nos. 11, 12.) The motions have been referred to the undersigned. (ECF No. 13.)

\\\

\\\

Accordingly, the Court HEREBY ORDERS:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the motion to enforce judgment and motion for TRO.
2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE **a transcript and/or recording of Petitioner's bond hearing** and any and all other documents necessary for the resolution of the issues presented in the motion to enforce judgment and motion for TRO.
3. Within **FOURTEEN (14) days** of the date of service of Respondent's response, Petitioner MAY FILE a REPLY.

IT IS SO ORDERED.

Dated: **November 25, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE